In the Matter of WILLIAM D. RODDY, Appellant, against GEORGE V. McLAUGHLIN, as Police Commissioner of the City of New York and as Trustee and Treasurer of the Police Pension Fund, Respondent.

*New York city — police — pension — retirement of member of police force with grade of detective — order subsequently modified and member retired as patrolman — application for mandamus to compel payment of pension as fixed by first order denied.*

*Matter of Roddy* v. *McLaughlin*, 219 App. Div. 490, affirmed.
(Argued June 20, 1927; decided July 20, 1927.)

APPEAL from an order of the Appellate Division of the Supreme Court in the second judicial department, entered January 14, 1927, which affirmed an order of Special Term denying a motion for a peremptory order of mandamus to compel defendant to pay to petitioner an annual pension in an amount fixed by an order of Police Commissioner Enright retiring the petitioner with the rank of first grade detective. After defendant became police commissioner he made an order modifying the former order and retiring the petitioner with the rank of first grade patrolman and at a lower pension.

*Albert Conway* and *Denis M. Hurley* for appellant.

*George P. Nicholson, Corporation Counsel* (*Joseph P. Reilly* of counsel), for respondent.

Order affirmed, without costs, on authority of *Matter. of O' Neil* v. *Waldo* (212 N. Y. 567); no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, ANDREWS, LEHMAN and O'BRIEN, JJ. Absent: KELLOGG, J.